## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 870 | **DATE** | 1/3/2008 |
| **CASE TITLE** | USA vs. Ronald Clay | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing.   *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | NTF |
|---|---|---|