

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE NORGLE**

UNITED STATES OF AMERICA    )

                                       )

             v.                     )

                                       )

RONALD CLAY                   )

                                       )

**MAGISTRATE JUDGE
GERALDINE SOAT BROWN**

No. 07 CR 870

Violations:  Title 18, United States Code
Sections 1951(a) and 924(c)(1)(A)(ii)

**FILED**

J.N   JAN 1 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about December 28, 2007, at Matteson, in the Northern District of Illinois,

Eastern Division,

RONALD CLAY,

defendant herein, did commit a robbery which obstructed, delayed, and affected

commerce, as "robbery" and "commerce" are defined in Title 18, United States Code,

Section 1951, in that defendant, by means of actual and threatened force and violence,

took from the person and presence of two United Armored Services employees

approximately $48,000 in the custody, control, and possession of United Armored

Services;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about December 28, 2007, at Matteson, in the Northern District of Illinois, Eastern Division,

RONALD CLAY,

defendant herein, knowingly used, carried and brandished a firearm, namely, a Smith & Wesson, Model SW 380, 380 caliber pistol, serial number RAE4558, during and in relation to a crime of violence, namely, robbery, in violation of Title 18, United States Code, Section 1951(a), as more fully set forth in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2007 GRAND JURY further charges:

1.    The allegations contained in Count Two of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.    As a result of the violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), as alleged in the foregoing Indictment,

### RONALD CLAY,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3.    The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is one Smith & Wesson, Model SW 380, 380 caliber pistol, serial number RAE4558;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

_____
FOREPERSON

_____
UNITED STATES ATTORNEY