## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 870 | **DATE** | 1/25/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. RONALD CLAY | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters a plea of not guilty as to all counts. 16.1 conference to be held within ten days. Status hearing is set for February 29, 2008 at 9:30 a.m. Time is excluded until 2/29/2008. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | EF |
|---|---|---|