# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 870 | **DATE** | 4/7/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. RONALD CLAY | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|

Case 1:07-cr-00870    Document 17    Filed 04/07/2008    Page 1 of 1

07CR870 UNITED STATES OF AMERICA vs. RONALD CLAY     Page 1 of 1