

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 870 |
| v. | ) | Hon. Charles R. Norgle, Sr. |
| | ) | |
| RONALD CLAY | ) | |

## AGREED ORDER

By agreement of the parties, it is hereby ordered that the status hearing scheduled for Friday, April 25, at 9:30 am is stricken and rescheduled for Friday, May 9, at 9:30 am. Also by agreement of the parties, time is excluded in the interests of justice pursuant to 18 U.S.C. 3161(h).

_____
Judge Charles R. Norgle

DATED: 4-7-08