# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 870 | **DATE** | 5/9/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. RONALD CLAY | | |

**DOCKET ENTRY TEXT**

Status hearing held. Alison Marlowe Siegler is granted leave to withdraw her appearance as attorney for the defendant. Ronald Clay is granted to file his appearance on behalf of the defendant. Change of plea hearing is set for 7/18/2008 at 9:30 a.m. Time is excluded until 7/18/2008. (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | EF |
|---|---|---|