UNITED STATES DISTRICT COURT **JUDGE NORGLE**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | **MAGISTRATE JUDGE BROWN** |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 870 |
| v. | ) | |
| | ) | Violations: Title 18, United States Code |
| | ) | Sections 1951(a) and 924(c)(1)(A)(ii) |
| RONALD CLAY | ) | |
| | ) | **Superseding Information** |

### COUNT ONE

The UNITED STATES ATTORNEY charges:

On or about December 28, 2007, at Matteson, in the Northern District of Illinois, Eastern Division,

RONALD CLAY,

defendant herein, did commit a robbery which obstructed, delayed, and affected commerce, as "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951, in that defendant, by means of actual and threatened force and violence, took from the person and presence of two United Armored Services employees approximately $48,000 in the custody, control, and possession of United Armored Services;

In violation of Title 18, United States Code, Section 1951(a).

**FILED**

JUL 2 3 2008
7-23-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about December 28, 2007, at Matteson, in the Northern District of Illinois, Eastern Division,

### RONALD CLAY,

defendant herein, knowingly used, carried and brandished a firearm, namely, a Smith & Wesson, Model SW 380, .380 caliber pistol, serial number RAE4558, during and in relation to a crime of violence, namely, robbery, in violation of Title 18, United States Code, Section 1951(a), as more fully set forth in Count One of this Information;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION ONE

The UNITED STATES ATTORNEY further charges:

1. The allegations contained in Count One of this Information are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. As a result of the violation of Title 18, United States Code, Section 1951(a), as alleged in Count One,

RONALD CLAY,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all right, title and interest in property, real and personal, which constitutes and is derived from proceeds traceable to the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) includes, but is not limited to, approximately $48,000.

4. If any of the property subject to forfeiture and described in paragraph 3 above, as a result of any act or omission of the defendant:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with, a third party;

    (c) Has been placed beyond the jurisdiction of the Court;

    (d) Has been substantially diminished in value; or

    (e)  Has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

  All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

## FORFEITURE ALLEGATION TWO

The UNITED STATES ATTORNEY further charges:

1. The allegations contained in Count Two of this Information are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of the violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), as alleged in Count Two,

RONALD CLAY,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

6. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is one Smith & Wesson, Model SW 380, .380 caliber pistol, serial number RAE4558;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

_Patrick J. Fitzgerald by KJP_
UNITED STATES ATTORNEY