# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 870 | **DATE** | 7/23/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. RONALD CLAY | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held.  Arraignment held on superseding information.  Defendant enters a plea of guilty to the superseding information.  Defendant informed of his rights.  Judgment of guilty entered on the plea.  Case is referred to the probation department for a presentence investigation.  Sentencing set for 10/2/2008 at 10:00 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | EF |
|---|---|---|