

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No. 07 CR 870
V. )
) Judge Charles R. Norgle
RONALD CLAY )

## AGREED ORDER

This matter having come before the Court on the parties' request that the sentencing
hearing be continued from October 2, 2008 at 10 a.m. to October 23, 2008 at 10 a.m. The Court
having been made fully aware of all the relevant facts and circumstances and neither party having
any objection, IT IS HEREBY ORDERED: That the defendant's sentencing hearing currently
scheduled for October 2, 2008, is rescheduled to October 23, at 10 a.m.

_____
Judge Charles R. Norgle

9/10/2008
Date